UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-50138-PMB |
| | : | |
| ALBERTO CATALAN and | : | CHAPTER 7 |
| CARON HEGARTY CATALAN, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estates of | : | |
| Alberto Catalan and Caron Hegarty Catalan, | : | |
| | : | |
| Trustee, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 17-5296-PMB |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT MOTION FOR ENTRY OF
CONSENT ORDER AND CONSENT FINAL JUDGMENT**

COME NOW S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of Alberto Catalan ("**Mr. Catalan**") and Caron Hegarty Catalan ("**Mrs. Catalan**", and with Mr. Catalan, the "**Debtors**") and plaintiff herein ("**Trustee**" or "**Plaintiff**"), and Wells Fargo Bank, N.A., the defendant herein ("**Wells Fargo**" and collectively with Trustee, "**Movants**"), by and through their respective undersigned counsel, and file this *Joint Motion for Entry of Consent Order and Consent Final Judgment* (the "**Joint Motion**"). In support of the Joint Motion, Movants respectfully show this Court the following:

12412391v1

**Relief Requested**

1.

Movants seek entry of an order and final judgment substantially in the form of the proposed Consent Order attached hereto as Exhibit "A" and Consent Final Judgment attached hereto as Exhibit "B."

**Venue and Jurisdiction**

2.

This Court has jurisdiction over this Joint Motion under 28 U.S.C. §§ 157(b)(2)(A), (K), and (O). Venue of this case in this District is proper under 28 U.S.C. § 1409. This Joint Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

3.

Trustee and Wells Fargo consent to entry of final orders and judgments in this Adversary Proceeding.

**Introduction and Background**

4.

Debtors initiated their underlying bankruptcy case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on January 3, 2017.

5.

Trustee was thereafter appointed and remains the duly acting Chapter 7 Trustee in Debtors' bankruptcy case.

6.

On December 18, 2017, Trustee initiated this Adversary Proceeding by filing a Complaint [Doc. No. 1] (the "**Complaint**") against Wells Fargo seeking an order and judgment

holding that: (a) a certain Security Deed,[1] executed by Debtors in favor of Wells Fargo and through which the Debtors granted a security interest ("**Transfer #1**" and with any transfer that arose by virtue of recording the Security Deed, the "**Transfers**") in that certain real property with a common address of 3000 Ashbury Court, Woodstock, Cherokee County, Georgia 30189 (the "**Property**"),[2] is patently defective and thus the Transfers arising from the Security Deed are avoidable by Trustee under 11 U.S.C. 544(a)(3); (b) Trustee is entitled to recover from Wells Fargo the interest in the Property that was transferred through the Transfers under 11 U.S.C. § 550; and (c) the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551 (the "**Relief Requested**").

7.

Wells Fargo agrees to the Relief Requested so long as it is entitled to file a timely, non-priority, general unsecured claim in an amount equal to the debt secured by the Security Deed, under 11 U.S.C. § 502(h) or other applicable law.

8.

Trustee and Wells Fargo stipulate and agree that (a) the Transfers should be avoided under 11 U.S.C. § 544(a)(3); (b) Trustee is entitled to recover from Wells Fargo the interest in the Property that was transferred through the Transfers under 11 U.S.C. § 550; (c) the Transfers are automatically preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551; and (d) Wells Fargo is entitled to file a timely, non-priority, general unsecured claim in an amount

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in Trustee's Complaint [Doc. No. 1].

[2] The Security Deed was recorded on the real property records of the Clerk of the Superior Court of Cherokee County, State of Georgia on May 19, 2009, beginning at Page 100 of Deed Book 10640. [Doc. No. 1 at ¶ 14]; [Doc. No. 11 at ¶ 14].

12412391v1

equal to its debt secured through the Security Deed, under 11 U.S.C. § 502(h) or other applicable law.

WHEREFORE Movants respectfully request that the Court:

(a) Grant this Joint Motion;

(b) Enter a consent order substantially in the form of Exhibit "A";

(c) Enter a consent judgment substantially in the form of Exhibit "B"; and

(d) Grant such other and further relief deemed just and proper.

Respectfully submitted this 13th day of July, 2018.

        **ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
   Michael J. Bargar
   Georgia Bar No. 645709
   michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030
(404) 873-7031 (facsimile)

        **DIMENT PORTERFIELD LLP**
*Attorneys for Wells Fargo Bank, N.A.*

By: */s/ Christopher M. Porterfield*
   Christopher M. Porterfield
   Georgia Bar No. 140995
   cporterfield@diment.law
*[Signed by Michael J. Bargar with "express permission" given on July 13, 2018.]*

412 Adamson Square
Carollton, GA 30117
(770) 838-0100
(770) 838-1198 (facsimile)

4

12412391v1

**EXHIBIT "A" FOLLOWS**

12412391v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-50138-PMB |
| | : | |
| ALBERTO CATALAN and | : | CHAPTER 7 |
| CARON HEGARTY CATALAN, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estates of | : | |
| Alberto Catalan and Caron Hegarty Catalan, | : | |
| | : | |
| Trustee, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 17-5296-PMB |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

**CONSENT ORDER**

12412908v1

On July 13, 2018, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of Alberto Catalan ("**Mr. Catalan**") and Caron Hegarty Catalan ("**Mrs. Catalan**", and with Mr. Catalan, the "**Debtors**"), and Wells Fargo Bank, N.A. ("**Wells Fargo**") filed a *Joint Motion of Trustee and Bank of America, N.A. for Entry of Consent Order and Consent Judgment* (the "**Joint Motion**") seeking an order and final judgment holding that: (a) a certain Security Deed,[1] executed by Debtors in favor of Wells Fargo and through which the Debtors granted a security interest ("**Transfer #1**" and with any transfer that arose by virtue of recording the Security Deed, the "**Transfers**") in that certain real property with a common address of 3000 Ashbury Court, Woodstock, Cherokee County, Georgia 30189 (the "**Property**"),[2] is patently defective and thus the Transfers arising from the Security Deed are avoidable by Trustee under 11 U.S.C. 544(a)(3); (b) Trustee is entitled to recover from Wells Fargo the interest in the Property that was transferred through the Transfers under 11 U.S.C. § 550; (c) the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551; and (d) Wells Fargo is entitled to file a non-priority, general unsecured claim in Debtors' underlying bankruptcy case in an amount equal to its debt secured through the Security Deed, under 11 U.S.C. § 502(h) or other applicable law.

The Court having considered the Joint Motion along with the entire record in this Adversary Proceeding; Wells Fargo and Trustee having consented to entry of this Order; and, for good cause shown, it is hereby

**ORDERED** that all Transfers arising from or as a result of the Security Deed are avoided

---

1  Capitalized terms not defined herein shall have the meanings ascribed to them in Trustee's Complaint [Doc. No. 1].

2  The Security Deed was recorded on the real property records of the Clerk of the Superior Court of Cherokee County, State of Georgia on May 19, 2009, beginning at Page 100 of Deed Book 10640.  [Doc. No. 1 at ¶ 14]; [Doc. No. 11 at ¶ 14].

12412908v1

under 11 U.S.C. § 544(a)(3), pursuant to Count I of the Complaint [Doc. No. 1]. It is further

**ORDERED** that Trustee hereby recovers from Wells Fargo the interest in the Property transferred through the avoided Transfers under 11 U.S.C. § 550, pursuant to Count II of the Complaint [Doc. No. 1].   It is further

**ORDERED** that the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551, pursuant to Count III of the Complaint [Doc. No. 1].   It is further

**ORDERED** that Wells Fargo is entitled to file a non-priority, general unsecured claim in Debtors' underlying bankruptcy case in an amount equal to its debt secured through the Security Deed, under 11 U.S.C. § 502(h) or other applicable law.   It is further

**ORDERED** that, there being no just reason for delay, a final judgment pursuant to Bankruptcy Rule 7054(b) shall be entered on this Order.   It is further

**ORDERED** that Trustee and Wells Fargo shall submit a judgment to be entered in this Adversary Proceeding.

**[END OF DOCUMENT]**

12412908v1

Prepared and consented to by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:_____
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030 Telephone
(404) 873-7031 Facsimile

Reviewed and Consented by:

DIMENT PORTERFIELD LLP
Attorneys for Wells Fargo Bank, N.A.

By:_____
    Christopher M. Porterfield
    Georgia Bar No. 140995
    cporterfield@diment.law
[Signed by Michael J. Bargar with "express permission" given on July \_\_, 2018.]
412 Adamson Square
Carollton, GA 30117
(770) 838-0100 Telephone
(770) 838-1198 Facsimile

Identification of parties to be served:

Christopher M. Porterfield, Diment Porterfield LLP, 412 Adamson Square, Carrollton, GA 30117

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

12412908v1

## EXHIBIT "B" FOLLOWS

12412391v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-50138-PMB |
| | : | |
| ALBERTO CATALAN and | : | CHAPTER 7 |
| CARON HEGARTY CATALAN, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estates of | : | |
| Alberto Catalan and Caron Hegarty Catalan, | : | |
| | : | |
| Trustee, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 17-5296-PMB |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

**FINAL CONSENT JUDGMENT**

12412953v1

On December 18, 2017, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estates (collectively, the "**Bankruptcy Estate**") of Alberto Catalan ("**Mr. Catalan**") and Caron Hegarty Catalan ("**Mrs. Catalan**", and with Mr. Catalan, the "**Debtors**"), filed his *Complaint* [Doc. No. 1] (the "**Complaint**") against Wells Fargo Bank, N.A. ("**Wells Fargo**") seeking an order and judgment holding that: (a) a certain Security Deed,[1] executed by Debtors in favor of Wells Fargo and through which the Debtors granted a security interest ("**Transfer #1**" and with any transfer that arose by virtue of recording the Security Deed, the "**Transfers**") in that certain real property with a common address of 3000 Ashbury Court, Woodstock, Cherokee County, Georgia 30189 (the "**Property**"),[2] is patently defective and thus the Transfers are avoidable by Trustee under 11 U.S.C. 544(a)(3); (b) Trustee is entitled to recover from Wells Fargo the interest in the Property that was transferred through the Transfers under 11 U.S.C. § 550; and (c) the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551.

On April 18, 2018, Wells Fargo filed an answer [Doc. No. 11] to the Complaint.

The Court having considered the entire record in this Adversary Proceeding; Wells Fargo and Trustee having consented to entry of this Judgment; and, for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that all Transfers arising from or as a result of the Security Deed are avoided under 11 U.S.C. § 544(a)(3), pursuant to Count I of the Complaint [Doc. No. 1]. It is further

**ORDERED AND ADJUDGED** that Trustee hereby recovers from Wells Fargo the

---

1   Capitalized terms not defined herein shall have the meanings ascribed to them in Trustee's Complaint [Doc. No. 1].

2   The Security Deed was recorded on the real property records of the Clerk of the Superior Court of Cherokee County, State of Georgia on May 19, 2009, beginning at Page 100 of Deed Book 10640.  [Doc. No. 1 at ¶ 14]; [Doc. No. 11 at ¶ 14].

12412953v1

interest in the Property transferred through the avoided Transfers under 11 U.S.C. § 550, pursuant to Count II of the Complaint [Doc. No. 1]. It is further

**ORDERED AND ADJUDGED** that the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551, pursuant to Count III of the Complaint [Doc. No. 1]. It is further

**ORDERED AND ADJUDGED** that Wells Fargo is entitled to file a non-priority, general unsecured claim in Debtors' underlying bankruptcy case in an amount equal to its debt secured through the Security Deed, under 11 U.S.C. § 502(h) or other applicable law.

**[END OF DOCUMENT]**

Prepared and consented to by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:_____
   Michael J. Bargar
   Georgia Bar No. 645709
   michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030 Telephone
(404) 873-7031 Facsimile

Reviewed and Consented by:

DIMENT PORTERFIELD LLP
Attorneys for Wells Fargo Bank, N.A.

By:_____
   Christopher M. Porterfield
   Georgia Bar No. 140995
   cporterfield@diment.law
[Signed by Michael J. Bargar with "express permission" given on July __, 2018.]
412 Adamson Square
Carollton, GA 30117
(770) 838-0100 Telephone
(770) 838-1198 Facsimile

12412953v1

Identification of parties to be served:

Christopher M. Porterfield, Diment Porterfield LLP, 412 Adamson Square, Carrollton, GA 30117

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

12412953v1

# CERTIFICATE OF SERVICE

I, Michael J. Bargar, am over the age of 18, and on this date I caused to be served a copy of the forgoing **JOINT MOTION FOR ENTRY OF CONSENT ORDER AND CONSENT FINAL JUDGMENT** by first class United States Mail on the following persons or entities at the addresses stated:

Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Christopher M. Porterfield
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117

This 13th day of July, 2018.

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

12412391v1